

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00517-CR

John Nathan **CAVANESS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd Judicial District Court, Mason County, Texas
Trial Court No. 164724
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 8, 2018.

Luz Elena D. Chapa, Justice